AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

LUIS JIMENEZ

V.

NATIONAL CREDIT MANAGEMENT, INC.

CASE NUMBER: 1:19-cv-01961

ASSIGNED JUDGE: Hon. John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

NATIONAL CREDIT MANAGEMENT, INC.
C/O REGISTERED AGENT
BUSINESS FILINGS INCORPORATED
118 W EDWARDS ST, STE 200
SPRINGFIELD, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



March 22, 2019

DATE

ClientCaseID: 56401  CaseReturnDate: 3/26/19

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number 1:19-CV-01961

I, JOHN J PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117.001633

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT NATIONAL CREDIT MANAGEMENT, INC.
PERSON SERVED TYLER FUCHS, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/26/19

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex MALE   Race WHITE   Age 24   Height 6'0"   Build THIN   Hair BRN

LOCATION OF SERVICE  801 ADLAI STEVENSON DR. SPRINGFIELD, IL, 62703

Date Of Service 3/26/19   Time of Service 10:25 AM

JOHN J PENNELL          3/26/2019
A PRIVATE INVESTIGATOR
PRIVATE DETECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.